NUMBER 13-03-107-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI


____________________________________________________________________


JAMES LEE DISMUKS , Appellant,



v.




THE STATE OF TEXAS, Appellee.

____________________________________________________________________



On appeal from the 36th District Court 

of San Patricio County, Texas.


___________________________________________________________________



MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza

Opinion Per Curiam



 Appellant, JAMES LEE DISMUKS , perfected an appeal from a judgment entered by the 36th District Court of San
Patricio County, Texas, in cause number S-02-3237-CR . Appellant has filed a motion to dismiss the appeal. The motion
complies with Tex. R. App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that
appellant's motion to dismiss the appeal should be granted. Appellant's motion to dismiss the appeal is granted, and the
appeal is hereby DISMISSED.

PER CURIAM



Do not publish.

Tex. R. App. P. 47.2(b).

Opinion delivered and filed this

the 20th day of March, 2003 .